# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA WRIGHT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) <br>) <br>METROPOLITAN UTILITIES )<br>DISTRICT OF OMAHA, a Political )<br>Subdivision and Municipal Corporation, )<br>)<br>Defendant. ) | 8:07CV122<br><br>SCHEDULING ORDER |

Proceedings in this case were stayed on January 29, 2010 pending completion of mediation. The parties' pending motions, Filings 48, 53, 56 and 57, were all denied without prejudice pursuant to paragraphs 8 and 9 of the Mediation Reference Order (Filing 51) and General Order [2005-21](2005-21).

The mediator reports that no agreement was reached. Since the case was stayed on the prior deadline for filing motions for summary judgment,

**IT IS ORDERED:**

1. This case is no longer stayed.

2. All parties are given an extension of time until and including **Friday, March 19, 2010**, in which to file motions for summary judgment or, in the alternative, renew any motion that was denied without prejudice pursuant to the Mediation Reference Order and General Order 2005-21.

**DATED March 8, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**