IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA WRIGHT, | ) | Case No. 8:07cv122 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| METROPOLITAN UTILITIES DISTRICT, | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given on February 2, 2011 to the magistrate judge by Patrick Barrett, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **March 4, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F.A. Gossett at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this February 3, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge