IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PATRICIA WRIGHT,** | ) | **8:07-cv-00122-FG3** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER OF** |
| | ) | **DISMISSAL** |
| **METROPOLITAN UTILITIES DISTRICT** | ) | |
| **OF OMAHA, a Political Subdivision and** | ) | |
| **Municipal Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court upon the parties' Joint Stipulation for Dismissal With Prejudice (Filing 89). The court, being fully advised in the premises, finds that the stipulation should be approved and all claims and causes of action herein should be dismissed with prejudice.

**IT IS ORDERED** that the Stipulation (Filing 89) is granted, and this action is dismissed with prejudice, each party to pay their own costs and attorney fees, complete record waived.

**DATED March 4, 2011.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**